# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

BOB QUAM, Administrator of
the Florida State Hospital,

    Petitioner,

v.                                CASE NO. 4:18cv557-RH/CJK

GEORGE K.C. PRINGLE, IV,

    Respondent.

_____/

## ORDER OF REMAND

This case is before the court on the magistrate judge's report and recommendation, ECF No. 4. No objections have been filed. Upon consideration,

IT IS ORDERED:

1. The report and recommendation is accepted and adopted as the court's opinion.

2. The respondent's motion for leave to proceed *in forma pauperis* in this court is granted.

3. The case is remanded to the Circuit Court, Second Judicial Circuit, Gadsden County, Florida. The clerk must take all steps necessary to effect the remand.

4. The clerk must close the file.

SO ORDERED on February 8, 2019.

s/Robert L. Hinkle  
United States District Judge